B3A (Official Form 3A) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Houston T Bailey** _____     Case No. _____
                                    Debtor(s)        Chapter    **7** _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.  In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **299.00** in installments.

2.  I am unable to pay the filing fee except in installments.

3.  Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4.  I propose the following terms for the payment of the Filing Fee.*

    $ _____**75.00**____ Check one  ■  With the filing of the petition, or
                                     ☐  On or before _____

    $ _____**75.00**____ on or before      **10/30/09**

    $ _____**75.00**____ on or before      **11/30/09**

    $ _____**74.00**____ on or before      **1/08/10**

\*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition.  For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition.  Fed. R. Bankr. P. 1006(b)(2).

5.  I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date **September 18, 2009** _____     Signature   **/s/ Houston T Bailey** _____
                                                              **Houston T Bailey**
**/s/ Akin Ogunlola** _____                       Debtor
Attorney for Debtor(s)
**Akin Ogunlola**
**Akinwole Ogunlola**
**9204 S. Commercial Ave #304**
**Chicago, IL 60617**
**(773) 216-0216**

**akinso96@yahoo.com**

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**B3A (Official Form 3A) (12/07) - Cont.**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Houston T Bailey** _____    Case No. _____

Debtor(s)    Chapter    **7** _____

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one    ☐ With the filing of the petition, or

☐ On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date _____    _____

*United States Bankruptcy Judge*